ROBERTS v. GREAT NORTHERN RY. CO.

(Circuit Court of Appeals, Ninth Circuit. May 1, 1905.)

No. 1,145.

APPEAL—ACTION AT LAW—DISMISSAL.

An appeal is not the appropriate remedy for reviewing alleged errors committed on the trial of an action at law, and will not be entertained.

[Ed. Note.—For cases in point, see vol. 2, Cent. Dig. Appeal and Error, §§ 10–15.]

Appeal from the Circuit Court of the United States for the Northern Division of the District of Washington.

On Motion to Dismiss Appeal.

George W. Saulsberry, for appellant.

L. C. Gilman, for appellee.

Before GILBERT, ROSS, and MORROW, Circuit Judges.

ROSS, Circuit Judge. This was an action at law brought for the recovery of damages for alleged personal injuries, and the alleged errors of the court below are sought to be brought here for review by means of an appeal. It has been many times decided that an appeal is not the appropriate method for the review of errors alleged to have been committed in an action at law. The motion of the appellee for the dismissal of the appeal must be granted.

Appeal dismissed.